# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED AUGUST 16, 2022

### NO. 03-22-00244-CV

**Author Manning II, Appellant**

**v.**

**General Motors, Appellee**

---

**APPEAL FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH**
**DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE SMITH**

---

Author Manning, Jr., has filed an appeal attempting to challenge the timing of certain proceedings at the district court. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.